UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                  :

KEISHA D. HOGANS,                      :

                      Plaintiff,      :

                                  :               23-CV-10514 (VSB)

              -against-         :

                                  :               **ORDER**

N.Y.C. COMPTROLLER'S OFFICE, *et al.*,  :

                                :

                    Defendants.  :

                                :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On November 29, 2023, Plaintiff, proceeding pro se, paid the filing fee and filed this action against Defendant**s**.  (Doc. 1.)  Plaintiff is therefore responsible for serving the summons and complaint on Defendants.  However, Plaintiff has not requested a summons from the Clerk's Office nor taken any other action to prosecute this case.  Accordingly, I ordered Plaintiff, on February 29, 2024, to "submit a letter of no more than three (3) pages, supported by legal authority, demonstrating good cause as to why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m)."  (Doc. 3.)  My Order warned Plaintiff that "failure to submit a letter and to demonstrate good cause for failure to serve Defendants within ninety days after the complaint was filed will result in dismissal of this action."  (*Id.*)  Because Plaintiff is proceeding pro se, I will provide her with one more opportunity to demonstrate an intent to prosecute this case.  Accordingly, it is hereby:

ORDERED that by, April 12, 2024, Plaintiff shall file a letter demonstrating her intent to prosecute this case.  Failure to comply with this order will result in dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The Clerk of Court is respectfully directed to mail a copy of this Order and the Order at

Doc. 3 to Plaintiff at her current address.

SO ORDERED.

Dated:    March 17, 2024
          New York, New York

VERNON S. BRODERICK
United States District Judge