```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KEISHA D. HOGANS,                                           :
                                                            :
                              Plaintiff,                    :
                                                            :          23-CV-10514 (VSB)
                -against-                                   :
                                                            :                ORDER
N.Y.C. COMPTROLLER'S OFFICE, et al.,                        :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      On May 29, 2024, I directed Plaintiff, proceeding pro se, to "serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses." (Doc. 9.) To date, however, Plaintiff has failed to file an affidavit of service or otherwise demonstrate an intent to prosecute this case. Accordingly, it is hereby:

      ORDERED that by September 13, 2024, Plaintiff shall file a letter demonstrating her intent to prosecute this case. Failure to comply with this order will result in dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at her current address.

SO ORDERED.

Dated:    August 28, 2024
             New York, New York

                                              VERNON S. BRODERICK
                                              United States District Judge