```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KEISHA D. HOGANS,                                            :
                                                             :
                        Plaintiff,                           :        23-CV-10514 (VSB) (OTW)
                                                             :
             -against-                                       :        ORDER
                                                             :
N.Y.C. COMPTROLLER'S OFFICE, et al.,                         :
                                                             :
                        Defendants.                          :
                                                             :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the Defendants' motions to dismiss the complaint, (ECF 21, 38), and Defendant N.Y.S. Attorney General Office's ("AGO") related motion for the Court to consider the AGO's motion to dismiss as unopposed. (ECF 30).

Defendant AGO's motion at ECF 30 is **DENIED**. Plaintiff is directed to file their opposition, if any, to the Defendants' motions to dismiss by **February 21, 2025**. Defendants' replies, if any, are due **March 7, 2025.**

The Clerk of Court is respectfully directed to close ECF 30.

**SO ORDERED.**

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: January 7, 2025
       New York, New York