**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

KEISHA D. HOGANS,                                          :
                                                          :
                        Plaintiff,                         :          23-CV-10514 (VSB) (OTW)
                                                          :
                        -against-                          :          <u>**ORDER**</u>
                                                          :
N.Y.C. COMPTROLLER'S OFFICE, et al.,                      :
                                                          :
                        Defendants.                        :
                                                          :
                                                          :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of *pro se* Plaintiff Keisha D. Hogan's letter at ECF 46, wherein

Plaintiff requests a 75-day extension to present new evidence, and Defendant District Council

37, American Federation of State, County, and Municipal Employees's ("DC 37") letter at ECF 47

opposing Plaintiff's request for an extension of time.

The Court previously entered a briefing schedule for the Defendants' motions to

dismiss, which appears to have been entered after Plaintiff sought her extension, but before

her request was received and docketed. To clear up any misunderstanding or confusion about

the deadlines, the Court now issues a single consolidated briefing schedule for the pending

motions (ECF Nos. 21, 33, 38) to dismiss as follows:

- Plaintiff's opposition(s), if any, to Defendants' motions to dismiss (ECF 21, 33, 38)

    are due by **March 31, 2025;**

- Plaintiff may file a single opposition to all of the Defendants' motions to dismiss;

- Defendants' replies, if any, are due **April 7, 2025.**

Plaintiff is reminded that her opposition to Defendants' motion to dismiss is not an opportunity to present new evidence. If Plaintiff requires procedural assistance with her opposition, Plaintiff is directed to contact the Pro Se Intake Unit at 40 Foley Square, Room 105, New York, New York, 10007. The telephone number for the Pro Se Intake Unit is 212-805-0175.

Defendants are directed to serve a copy of this order on Plaintiff and to file proof of such service on the docket by **February 28, 2025.**

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: February 24, 2025          **Ona T. Wang**
       New York, New York          United States Magistrate Judge