```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KEISHA D. HOGANS,                                            :
                                                             :
                    Plaintiff,                               :         23-CV-10514 (VSB) (OTW)
                                                             :
          -against-                                          :         **ORDER**
                                                             :
N.Y.C. COMPTROLLER'S OFFICE, et al.,                         :
                                                             :
                    Defendants.                              :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of *pro se* Plaintiff Hogan's letter at ECF 52, wherein Plaintiff requests an extension to file her opposition to Defendants' motions to dismiss. (ECF 52). Plaintiff's request is **GRANTED**. Plaintiff is directed to file her opposition(s) to Defendants' motions to dismiss by **April 18, 2025.** Defendants' replies, if any, are due **April 25, 2025.**

If Plaintiff requires procedural assistance, Plaintiff may contact the Pro Se Intake Unit at 500 Pearl Street, Room 250, New York, NY 10007. Plaintiff may also contact the Pro Se Intake Unit by email at ProSe@nysd.uscourts.gov or by phone at (212) 805-0175.

Defendants are directed to serve a copy of this order on Plaintiff and to file proof of such service on the docket by **April 11, 2025.**

**SO ORDERED.**

         *s/ Ona T. Wang*

Dated: April 9, 2025                                **Ona T. Wang**
       New York, New York                           United States Magistrate Judge