UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

KEISHA D. HOGANS,

                Plaintiff,

   -against-

N.Y.C. COMPTROLLER'S OFFICE, *et al.*,

              Defendants.

------------------------------------------------------------- X

No.: 1:23-cv-10514-VSB-OTW

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF NEW YORK  )

**MELISSA G. SEAWRIGHT**, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and am not a party to this action. I reside in New York, New York.

2. I am employed at the offices of Steptoe LLP, 1114 Avenue of the Americas, New York, NY 10036 as a senior paralegal.

3. On May 5, 2025, I served via overnight mail a true and correct copy of the Reply Memorandum of Law in Further Support of Defendant DC 37's Motion to Dismiss [ECF No. 61], the Declaration of Dina Kolker, Esq. and supporting documents [ECF No. 62], and Local Civil Rule 7.2 List of Unpublished Cases upon Keisha D. Hogans, 38 Monroe Street, Apt. EC-12, New York, NY 10002, the address listed for Plaintiff on the Complaint.

                                                                          */s/ Melissa G. Seawright*
                                                                          Melissa G. Seawright

*[signature: Sara Gilbert]*

Sworn to before me on the
5th day of May, 2025

SARA E. GILBERT
Notary Public, State of New York
Registration No. 01GI6296738
Qualified in New York County
Commission Expires February 10, 2021