UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEISHA D. HOGANS,<br><br>                Plaintiff,<br>v.<br><br>N.Y.C. COMPTROLLER'S OFFICE, et al.,<br><br>                Defendants. | No. 23-cv-10514 (VSB)(OTW)<br><br>**CERTIFICATE OF SERVICE** |

   I, ELIZABETH A. FIGUEIRA, certify that on May 19, 2025, I served a Reply Memorandum of Law on Plaintiff Keisha D. Hogans by a depositing true and correct copy of the ECF-labeled Reply Memorandum of Law in a postage-paid envelope for USPS first class mail addressed to Keisha D. Hogans, 38 Monroe Street, Apt. EC-12, New York, NY 10002, the address listed for Plaintiff on the Complaint, and by email to Khogans1@nyc.rr.com.

Dated: New York, New York
       May 19, 2025

                                                    LETITIA JAMES
                                                    Attorney General
                                                    State of New York
                                                    *Attorneys for the New York State Office of the*
                                                    *Attorney General and Caroline J. Downey*


                                                    By: _s/Elizabeth A. Figueira_____

                                                    ELIZABETH A. FIGUEIRA
                                                    Assistant Attorney General
                                                    28 Liberty Street
                                                    New York, NY 10005
                                                    Phone: (212) 416-8528
                                                    elizabeth.figueira@ag.ny.gov